IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brooks, Tabatha Renee

Printed: 9/23/08

Case Number: 04 B 20354
Judge: Hollis, Pamela S
Filed: 5/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 1, 2008
Confirmed: July 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 49,763.76 |  |
| Secured: |  | 29,064.94 |
| Unsecured: |  | 14,613.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 2,501.71 |
| Other Funds: |  | 983.14 |
| Totals: | 49,763.76 | 49,763.76 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 29,064.94 | 29,064.94 |
| 3. | Retailers National Bank | Unsecured | 812.55 | 1,160.78 |
| 4. | World Financial Network Nat'l | Unsecured | 251.10 | 358.72 |
| 5. | World Financial Network Nat'l | Unsecured | 123.66 | 176.66 |
| 6. | Resurgent Capital Services | Unsecured | 1,131.31 | 1,616.16 |
| 7. | American General Finance | Unsecured | 2,043.60 | 2,919.43 |
| 8. | Cingular Wireless | Unsecured | 469.76 | 671.08 |
| 9. | Resurgent Capital Services | Unsecured | 5,132.22 | 7,331.74 |
| 10. | World Financial Network Nat'l | Unsecured | 49.16 | 70.23 |
| 11. | World Financial Network Nat'l | Unsecured | 216.42 | 309.17 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Q CARD | Unsecured |  | No Claim Filed |
| 15. | Southeastern Medical Center | Unsecured |  | No Claim Filed |
| 16. | Retailers National Bank | Unsecured |  | No Claim Filed |
| 17. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,894.72 | $ 46,278.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 127.28 |
| 6.5% | 710.43 |
| 3% | 40.00 |
| 5.5% | 488.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brooks, Tabatha Renee | Case Number:  04 B 20354 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  5/25/04 |

```
            5%           155.55
          4.8%           254.86
          5.4%           724.70
                      _____
                     $ 2,501.71
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____